UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-23141-CIV-MARTINEZ-BECERRA**

MARIA T. CANDELARIO, and other
similarly situated individuals,

  Plaintiff,

vs.

LA LIBERTAD MARKET CAFETERIA
INC., WILLIAM LAMAS, RAMON LAMAS,
Jr., and ANET LOPEZ a/k/a Ana Lopez a/k/a
Anet Lamas,

  Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal with Prejudice, (ECF No 41). It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of May, 2022.

               _____
               JOSE E. MARTINEZ
               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record